# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

BRIAN WHITAKER,

          Plaintiff,

      v.

INFINITE LOOP CUPERTINO HOTEL, LLC,

          Defendant.

Case No.  21-cv-00483-BLF

**ORDER TERMINATING MOTION TO DISMISS AS MOOT; AND VACATING HEARING**

The Motion to Dismiss filed by Defendant Infinite Loop Cupertino Hotel, LLC, and set for hearing on August 26, 2021, is hereby TERMINATED AS MOOT in light of the filing of the first amended complaint. *See* Fed. R. Civ. P. 15(a)(1)(B). The hearing is VACATED.

**IT IS SO ORDERED.**

Dated: March 23, 2021

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California